UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KENNETH W. BENZO, | Case No. 14-CV-4138 (MJD/SER) |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation [Doc. #4] of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. This action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Petitioner Kenneth W. Benzo's application to proceed *in forma pauperis* [Doc. #2] be DENIED AS MOOT.

Dated: January 6, 2015                             *s/Michael J. Davis*
                                                    Michael J. Davis
                                                    Chief U.S. District Judge